OPINION — AG — THE SO CALLED " NON COMMUNIST OATH " OR " OATH OF ALLEGIANCE ", PRESCRIBED BY 51 O.S.H. 33.1 TO 51 O.S.H. 37.8 SHOULD, IN THE CASE OF A NOTARY PUBLIC, BE FILED WITH THE SECRETARY OF STATE, WHO IS THE APPOINTING POWER, AND THAT THERE IS NO STATUTORY AUTHORITY FOR THE FILLING OF SUCH OATH WITH THE COUNTY CLERK OR THE COURT CLERK. CITE: 49 O.S.H. 1, 49 O.S.H. 2, 51 O.S.H. 37.3, OPINION NO. NOVEMBER 5, 1951 — SECRETARY OF STATE (J. H. JOHNSON)